# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   17-2562 JMC
VARIOUS ELECTRONIC DEVICES CURRENTLY )
STORED AT 200 ST. PAUL PLACE, SUITE 2222, )
BALTIMORE, MD 21202 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ____Maryland____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

OCT 06 2017

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a) | Distribution of CDS |
| 21 U.S.C. § 846 | Conspiracy to Distribute CDS |

The application is based on these facts:

See Attached Affidavit.

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO Brian T. Shutt
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/20/17

*Judge's signature*

City and state: Baltimore, Maryland          J. Mark Coulson, U.S. Magistrate Judge
                                             *Printed name and title*